1
2
3
4
5
6
7
8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10

11   GEORGE A. GONZALEZ,                     **Case No. CV 15-09432 R (RAO)**

12                  Petitioner,

13         v.                                **JUDGMENT**

14   JOEL MARTINEZ, Warden,

15                  Respondent.

16

17         Pursuant to the Court's Order Accepting Findings, Conclusions, and

18   Recommendations of United States Magistrate Judge,

19         IT IS ORDERED AND ADJUDGED that the Petition is denied and this

20   action is dismissed with prejudice.

21

22

23   DATED:  April 22, 2016

24   _____

25   MANUEL L. REAL
     UNITED STATES DISTRICT JUDGE

26

27

28